### EX PARTE WALTER THOMAS.

#### No. 1143.  Decided March 15, 1911.

**Habeas Corpus—Appeal—Jurisdiction.**

An appeal does not lie from an order of the lower court dismissing an application for a writ of habeas corpus; the Appellate Court has no jurisdiction.

Appeal from the Criminal District Court of Dallas.   Tried below before the Hon. Robert B. Seay.

Appeal from an order dismissing an application for habeas corpus. The opinion states the case.

*Wiley & Baskett,* for relator.

*C. E. Lane,* Assistant Attorney-General, for the State.

*Barry Miller,* City Attorney, for the city.—Cited cases in opinion.

PRENDERGAST, JUDGE.—The relator was fined in the Corporation Court of the city of Dallas for contempt.   He applied to the criminal district judge of Dallas County for a writ of habeas corpus. Upon the hearing of this writ the same was dismissed and from this order of dismissal relator gave notice of appeal to this court.   An appeal does not lie from an order dismissing a writ of habeas corpus and this court has no jurisdiction to determine this appeal.   See Ex parte Strong, 34 Texas Crim. Rep., 309, 30 S. W. Rep., 666; Ex parte Blankenship, 57 S. W. Rep., 646; Ex parte Hodges, 45 S. W. Rep., 913; Ex parte Teague, 45 S. W. Rep., 129.

The appeal is dismissed.

*Dismissed.*